JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AQUAWOOD, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>AQUA-LEISURE INDUSTRIES, INC., a Massachusetts corporation,<br><br>Defendant. | Case No.: CV 17-2879-DMG (MRWx)<br><br>**ORDER ON STIPULATION OF DISMISSAL [35]** |

- 1

The Court, having reviewed the parties' Stipulation of Dismissal, and good cause appearing therefor, hereby orders as follows:

1. The above-captioned action is dismissed with prejudice, including all claims against all parties;
2. Each party shall bear its own attorney's fees and costs, except as may be otherwise provided for in the Settlement Agreement;
3. The Court shall retain jurisdiction to enforce the Settlement Agreement;
4. The Order to Show Cause dated March 19, 2018 [Doc. # 33] is discharged; and
5. All scheduled pretrial and trial dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: March 22, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE